# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 15-1515V
**Filed: May 2, 2016**
UNPUBLISHED

```
* * * * * * * * * * * * * * * * * * * * * * * * *
IAN BROOKS,                         *
                                    *
              Petitioner,           *    Ruling on Entitlement; Concession;
v.                                  *    Influenza ("Flu") Vaccine; Shoulder
                                    *    Injury Related to Vaccine Administration
SECRETARY OF HEALTH                 *    ("SIRVA"); Frozen Shoulder; Special
AND HUMAN SERVICES,                 *    Processing Unit ("SPU")
                                    *
              Respondent.           *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

*Edward M. Kraus*, Law Offices of Chicago Kent, Chicago, IL, for petitioner.
*Ann Donohue Martin*, U.S. Department of Justice, Washington, DC, for respondent.

## RULING ON ENTITLEMENT[1]

**Dorsey**, Chief Special Master:

On December 15, 2015, Ian Brooks ("petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleged that he suffered from left-sided frozen shoulder which caused severe pain and a limited range of motion, and which was caused in fact by an influenza ("flu") vaccine he received on December 9, 2013. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On May 2, 2016, respondent filed her Rule 4(c) report in which she concedes that petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, respondent states that "petitioner's alleged injury is consistent with a shoulder injury related to vaccine administration ('SIRVA') and recommends that compensation be awarded." *Id.* at 1. Respondent further agrees that petitioner suffered

---

[1] Because this unpublished ruling contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

the sequela of his injury for more than six months, and that he has met the statutory requirements for entitlement to compensation.  *Id.* at 3.

**In view of respondent's concession and the evidence before me, the undersigned finds that petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>**s/Nora Beth Dorsey**</u>
Nora Beth Dorsey
Chief Special Master